Beth E. Levine, Esq.
Andrew W. Caine, Esq. (admitted *pro hac vice*)
Jason S. Pomerantz, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  blevine@pszjlaw.com
         acaine@pszjlaw.com
         jspomerantz@pszjlaw.com

*Counsel to Plaintiff Runway Liquidation, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> RUNWAY LIQUIDATION HOLDINGS, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-10466 (SCC) <br><br> (Jointly Administered) |
| RUNWAY LIQUIDATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX CORPORATION, <br><br> Defendant. | Adv. Proc. No. 19-01043 (SCC) |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, as made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

Procedure, Plaintiff, Runway Liquidation, LLC, hereby dismisses its Complaint against Fedex Corporation (the "Defendant") in the above-captioned adversary proceeding (Adv. Proc. No. 19−01043 (SCC)). The Defendant has not filed an answer, responsive pleading, or motion for summary judgment in this adversary proceeding.

Dated: New York, New York
April 17, 2020

/s/ Beth E. Levine
Beth E. Levine, Esq.
Andrew W. Caine, Esq. (admitted *pro hac vice*)
Jason S. Pomerantz, Esq. (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: blevine@pszjlaw.com
acaine@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to Plaintiff Runway Liquidation, LLC*